IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VERA W. GEORGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:11-CV-266-WKW |
| | ) |
| EQUITABLE RECOVERY SOLUTIONS, | ) |
| INC., a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

On August 1, 2011, Plaintiff's Motion for Default Judgment (Doc. # 11) was granted. A damages hearing took place on August 26, 2011. (Doc. # 16.) In accordance with prior proceedings, opinions, and orders of the court, it is the JUDGMENT and DECREE of the court that Plaintiff shall recover from Defendant the sum of $5,000.00 in compensatory damages, $50,000.00 in punitive damages, and $2,200 in attorney's fees, plus post-judgment interest at the rate prescribed by 28 U.S.C. § 1961. It is further ORDERED that all costs incurred herein are TAXED against Defendant, for which let execution issue. Plaintiff is DIRECTED to file a Bill of Costs **on or before September 3, 2011**.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 31st day of August, 2011.

/s/ W.  Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE